FILED

**NOT FOR PUBLICATION**

FEB 29 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50013 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-01120-GAF-1 |
| v. | |
| HECTOR KRISTHIAN PALACIOS-DIAZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Gary A. Feess, District Judge, Presiding

Submitted February 21, 2012[**]

Before:   FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

Hector Kristhian Palacios-Diaz appeals from his guilty-plea conviction and

51-month sentence for being an alien found in the United States after removal, in

violation of 8 U.S.C. § 1326(a).  Pursuant to *Anders v. California*, 386 U.S. 738

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Palacios-Diaz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Accordingly, counsel's motion to withdraw is **GRANTED** and the appeal is **DISMISSED**.

11-50013